AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Robert O'Connell, Sally O'Connell, Francis O'Connell, Roberta O'Connell | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. 2:22-cv-01326(GRB)(AYS) |
| v. | ) | |
| Kenneth A. Luccioni, Stephen J. Denari, Triad Advisors, LLC, Triad Advisors, Inc., and Asset Management & Protection Corp., | ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kieran J. Conlon
Ryan & Conlon, LLP
2 Wall Street - Suite 710
New York, NY 10005
(212) 509-6009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

Date:  3/11/2022

_Laura Jakubowski_

_Signature of Clerk or Deputy Clerk_

Robert O'Connell, Sally O'Connell, Francis O'Connell,
Roberta O'Connell v. Kenneth A. Luccioni et al.
2:22-cv-01326 (GRB)(AYS)

TO:    KENNETH ANTHONY LUCCIONI
8800 Village Drive - Suite 106
San Antonio, TX 78217

STEPHEN J. DENARI
714 N Eastwood Ave
Mount Prospect, IL 60056

TRIAD ADVISORS, LLC
5155 Peachtree Parkway
Norcross, Georgia 30092

TRIAD ADVISORS, INC.
5155 Peachtree Parkway
Norcross, Georgia 30092

ASSET MANAGEMENT & PROTECTION CORP.
1460 Renaissance Drive, Suite 212
Park Ridge, Illinois 60068